1014

[No. 18793-4-III.   Division Three.   March 8, 2001.]

*In the Matter of the Marriage of* JOHN BLAKE, *Respondent,* and FERN BLAKE, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, 84-3-00218-3, Vic L. VanderSchoor, J., entered September 20, 1999. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 18836-1-III.   Division Three.   March 8, 2001.]

HAWKINS & GUINN, P.S., *Petitioner,* v. MAURICE D. RACICOT, JR., *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, 99-2-01121-4, Linda G. Tompkins, J., entered October 22, 1999. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 19261-0-III.   Division Three.   March 8, 2001.]

*In the Matter of the Marriage of* JOSEPH J. LARKIN, *Appellant,* and TERRY L. LARKIN, *Respondent.*

Appeal from a judgment of the Superior Court for Chelan County, No. 84-3-00037-4, Lesley A. Allan, J., entered March 24, 2000. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 45404-8-I.   Division One.   March 12, 2001.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN RAY ELLIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 99-1-00061-3, Ronald Kessler, J., entered September 22, 1999. *Affirmed* by unpublished per curiam opinion.